IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

**FILED**

SEP 0 5 2023

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:23CR00122-SNLJ-ACL |
| | ) | |
| TERRY LEE ALLEN, and | ) | |
| WILLIAM HENRY OTTO, | ) | Title 18, U.S.C. § 922(a)(1)(A) |
| | ) | |
| Defendants. | ) | |

## INDICTMENT

### Count I

**THE GRAND JURY CHARGES THAT:**

Between September 7, 2018 and December 20, 2021, in Cape Girardeau County and elsewhere, within the southeastern Division of the Eastern District of Missouri, the defendant, Terry Lee Allen, not being a licensed importer, manufacturer or dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, aided and abetted by William Henry Otto, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A), and punishable under 924(a)(1)(D).

### Count II

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 2, 2021, in Cape Girardeau County, within the southeastern Division of the Eastern District of Missouri, the defendant, Terry Lee Allen, not being a licensed importer, manufacturer or dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, aided and abetted by William Henry Otto, did willfully

engage in the business of dealing in firearms by selling a Glock Model 43 pistol, serial number AGFL160, and a Glock Model 17 pistol, serial number BVBT286, in violation of Title 18, United States Code, Section 922(a)(1)(A), and punishable under 924(a)(1)(D).

**Count III**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 14, 2021, in Cape Girardeau County, within the southeastern Division of the Eastern District of Missouri, the defendant, Terry Lee Allen, not being a licensed importer, manufacturer or dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, aided and abetted by William Henry Otto, did willfully engage in the business of dealing in firearms by selling a Glock Model 21 pistol, serial number AGFB173, a Glock Model 19 pistol, serial number BVHG782, and a Pioneer Arms Corporation, "Hellpup" AK style 7.62 x 39 mm semi-automatic pistol bearing serial number PAC116407121 in violation of Title 18, United States Code, Section 922(a)(1)(A), and punishable under 924(a)(1)(D).

**FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 922 as set forth above, the defendant(s) shall forfeit to the United States of America any firearm or ammunition involved in or used in said violation(s). Specifically, the following firearms are alleged to be subject to forfeiture:

a. Glock Model 43; S/N: AGFL160

b. Glock Model 17; S/N: BVBT286

c. ATI Mil-Sport AR pistol; S/N: MSA063038

d. Glock Model 21; S/N: AGFB173

e. Glock Model 19; S/N: BVHG782

f. PAC "Hellpup"; 7.62 x 39 mm pistol; S/N: PAC116407121

g. ATI Mil-Sport; AR rifle; S/N: MSA010603

h. CMMG Inc Model: Banshee; Caliber: .45; S/N: WAM01522

i. Anderson Model: AM-15; Caliber: Multi; S/N: 18177869

j. Pistolet Model: Automatique; Caliber: 7.65mm; S/N: 53381

k. FN Model: 509; Caliber: 9x19; S/N: GKS0239242

l. Fabrique D'Armes; Model: Bulwark; Caliber: Unknown; S/N: 9911

m. DPMS Model: LR-G2; Caliber: Multi; S/N: EH001258

n. Colt Model: M4; Caliber: 5.56; S/N: LE184237

o. Remington Model: Sportsman 48; Caliber: 12Ga; S/N: 3103264

p. Remington Model: Wingmaster 870; Caliber: 16Ga; S/N: 71425W

q. Century Arms Model: C39V2 Pistol; Caliber: 7.62 x 39; S/N: C39P2A05948

r. LWRC Int'l Model: M6; Caliber: 5.56; S/N: 03-062560

s. Remington Model: 550-1; Caliber: 22; S/N: None

t. Ithaca Gun Co Model: M49; Caliber: 22; S/N: 490434470

u. Black Rain Model: Fallout 15; Caliber: Multi; S/N: BR016284

v. Noveske Model: N4; Caliber: Multi; S/N: N20057

w. Seekins Precision Model: SP223; Caliber: Multi; S/N: SPC13284

x. Wilson Combat Model: Unknown; Caliber: Multi; S/N: WCA 18355

y. Noveske Model: N4; Caliber: Multi; S/N: N07488

z. Seekins Precision Model: SP223; Caliber: Multi; S/N: SPC14369

aa. Winchester Model: 62; Caliber: 22; S/N: 70723A

bb. Remington Model: Magnum; Caliber: 12Ga; S/N: T864152M

cc. Remington Model: Magnum; Caliber: 12Ga; S/N: V887958

dd. Colt Model: MKIV; Caliber: 380; S/N: RC34058

ee. Glock Model: 43; Caliber: 9mm; S/N: AGFL213

ff. Approximately $55,200.00 in United States Currency.

2.      If any of the property described above, as a result of any act or omission of the defendants:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

_____

Foreperson

SAYLER A. FLEMING
United States Attorney

_____

Tim J. Willis, # 62428MO
Assistant United States Attorney